9 F.3d 1106
 Ella HUNDLEY; Annette Eaton, Plaintiffs-Appellants,
v.
Joseph J. SKAFF, Major General, individually and in his
official No. 92-1734 capacity as Secretary of the West
Virginia Department of Public Safety; Gaston Caperton,
Governor, individually, Defendants-Appellees.
 No. CA-92-53-5.
 United States Court of Appeals,
Fourth Circuit.
 Argued Nov. 30, 1992.
Decided Nov. 18, 1993.
 
 Appeal from the United States District Court for the Southern District of West Virginia, at Beckley; Charles H. Haden, II, Chief District Judge.
 Daniel Foster Hedges, Charleston, WV, argued for plaintiffs-appellants.
 Thomas R. Michael, Michael & Kupec, Clarksburg, WV, on brief, for plaintiff-appellant Eaton.
 Jan L. Fox, Deputy Atty. Gen., Charleston, WV, argued (Mario J. Palumbo, Atty. Gen., on brief), for defendants-appellees.
 Before WIDENER, PHILLIPS, and HAMILTON, Circuit Judges.
 OPINION
 PER CURIAM:
 
 
 1
 Having considered the record in this case and the briefs, and after oral argument, we are of opinion the decision of the district court should be affirmed.
 
 
 2
 Accordingly, we affirm on the opinion of the district court, Beasley v. Duncil, et al. (three cases), 792 F.Supp. 485 (S.D.W.Va.1992).
 
 
 3
 AFFIRMED.